Stephen G. Pongratz, Esq. (SBN#131276)
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750-telephone
(916) 369-9760-facsimile

Attorney for Defendants
    Stephen G. Pongratz, Beyer Pongratz & Rosen
    and Dan Folk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER-VERLYN WOLFE, | No. CIV S-05-2491 DFL EFB PS |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| STEPHEN G. PONGRATZ, et al | |
| Defendants. | |

    Plaintiff, Peter-Verlyn Wolfe and Defendants, Stephen G. Pongratz, Law Offices of Beyer, Pongratz & Rosen and Defendant Dan Folk, have signed a Settlement Agreement and Release of All Claims, which claims were originally settled on the record in San Joaquin Superior Court, Case No. CV012952 during the trial of that case, Peter-Verlyn Wolfe having released all three (3) Defendants of any and all claims known and unknown at that time. The parties now agree by signing below to dismiss the instant action and all causes of action therein in their entirety pursuant to FRCP 41(a) (1).

///

|   |   |
|---|---|
|   | Law Offices of Beyer, Pongratz & Rosen |
| Dated: September_25___, 2006 | By:_____/s/__Stephen G. Pongratz |
|   | Stephen G. Pongratz, Defendant |
|   | in propria persona |

Dated: September_25___, 2006        By:__/s/__Stephen G. Pongratz

Stephen G. Pongratz, Attorney at Law for Defendant Law Offices of Beyer, Pongratz & Rosen

Dated: September _25__, 2006        By:__/s/___Dan Folk_____

Dan Folk, Defendant

Dated: September_25__, 2006        By:_/s/__Peter-Verlyn _Wolfe_____

Peter-Verlyn Wolfe, Plaintiff
in propria persona

**ORDER**

IT IS SO ORDERED.

Dated this 29th day of September, 2006.

/s/ David F. Levi
Honorable Judge of the
United States District Court
Eastern District of California

- 2 -